IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Colleen Therese Condon and Ann Nichols Bleckley, | Civil Action No. 2:14-cv-04010-RMG |
| Plaintiffs, | |
| v. | NOTICE OF APPEAL |
| Nimrata (Nikki) Randhawa Haley, in her official capacity as Governor of South Carolina; Alan Wilson, in his official capacity as Attorney General; and Irvin G. Condon in his official capacity as Probate Judge of Charleston County, | |
| Defendants. | |

Notice is hereby given that Alan Wilson, in his official capacity as Attorney General, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order dated November 12, 2014, and entered in this action on November 12, 2014, granting summary judgment to the Plaintiffs in this case, issuing injunctions and denying the Attorney General's Motion to Dismiss.

Respectfully submitted,

ALAN WILSON
Attorney General
Federal ID No.10457

ROBERT D. COOK
Solicitor General
Federal ID No. 285
Email: bcook@scag.gov

[Signature block continues next page]

/s/ J. Emory Smith, Jr.
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: esmith@scag.gov

IAN P. WESCHLER
Assistant Attorney General
Federal ID No. 11744

BRENDAN J. MCDONALD
Assistant Attorney General
Federal ID No. 10659

Post Office Box 11549
Columbia, South Carolina 29211
Phone:  (803) 734-3680
Fax:  (803) 734-3677

November 13, 2014                               Counsel for Defendant Attorney General

2