FILED: December 15, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2241
(2:14-cv-04010-RMG)
_____

ANNE NICHOLS BLECKLEY; COLLEEN THERESE CONDON,

        Plaintiffs – Appellees,

  v.

ALAN WILSON, in his official capacity as Attorney General,

        Defendant – Appellant,

 and

IRVIN G. CONDON, in his official capacity as Probate Judge of Charleston County,

        Defendant.

_____

O R D E R
_____

Upon consideration of submissions relative to the motion for stay or continuance of appeal pending a final decision by the United States Supreme Court

regarding the petitions for writ of certiorari in <u>DeBoer v. Snyder</u>, No. 14-1341, 2014 WL 5748990 and any petition for writing of certiorari filed in the instant case, the court grants the motion. The parties shall notify this court when the Supreme Court has issued its rulings.

    For the Court

    /s/ Patricia S. Connor, Clerk